■ The People of the State of New York, Respondent, v Curtis Closure, Appellant. (Appeal No. 1.) [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Monroe County (John J. Ark, J.), rendered January 11, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ The People of the State of New York, Respondent, v Curtis Closure, Appellant. (Appeal No. 2.) [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Monroe County (John J. Ark, J.), rendered January 11, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.